JOHN C. BURNS, Doing Business under the Name of BURNS REALTY COMPANY, Respondent, v. LELAND D. VAN RENSSELAER, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Liability for Unemployment Insurance Contributions under Article 18 of the Labor Law of MODEL TAXI CORPORATION, Appellant. FRIEDA S. MILLER, as Industrial Commissioner, Respondent. In the Matter of the Liability for Unemployment Insurance Contributions under Article 18 of the Labor Law of STAR TAXI CORPORATION, Appellant. FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

NELLIE GROGAN, Respondent, v. DAISY WADDINGTON, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. R. GORDON WHITMAN, Appellant, v. JOSEPH H. WILSON, Warden of Great Meadow Prison, Comstock, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

ROY W. LEGG and Others, Appellants, v. ARTHUR W. BRANDT, Superintendent of Public Works of the State of New York, GRACE A. REAVY and Others, Civil Service Commissioners of the State of New York, MORRIS S. TREMAINE, Comptroller of the State of New York, and ABRAHAM S. WEBER, as Director of the Budget of the State of New York, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted [ante, p. 230] in the interest of expedition because the attorney for the appellants will shortly enter the armed forces of the United States. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.